# NOS. 12-17-00335-CR
# 12-17-00336-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *TODD ALLEY,*<br>*APPELLANT* | § | *APPEALS FROM THE 114TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *SMITH COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

These appeals are being dismissed for want of jurisdiction. Todd Alley, acting pro se, filed a notice of appeal challenging the denial of his motion to dismiss charges and the denial of his motion requesting protection from retaliation, and asking this Court to grant his motion to dismiss and a motion to remove his appointed standby counsel. On November 1, 2017, this Court notified Appellant that his notice of appeal does not show the jurisdiction of this Court, i.e., the orders being appealed are not appealable. We informed Appellant that his appeals would be dismissed unless the information was amended on or before December 1 to show this Court's jurisdiction. The deadline has passed and Appellant has neither shown the jurisdiction of this Court nor otherwise responded to the November 1 notice.

As a general rule, an appeal in a criminal case may be taken only from a judgment of conviction. *See State v. Sellers*, 790 S.W.2d 316, 321 n.4. (Tex. Crim. App. 1990); *see also Workman v. State*, 343 S.W.2d 446, 447 (Tex. Crim. App. 1961). However, there are certain narrow exceptions. *Wright v. State*, 969 S.W.2d 588, 589 (Tex. App.–Dallas 1998, no pet.) (listing exceptions). The orders Appellant complains of are not judgments of conviction nor do they fall within any exception to the general rule. Therefore, because we have no jurisdiction over the appeals, we *dismiss* the appeals for *want of jurisdiction*.

Opinion delivered December 6, 2017.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**DECEMBER 6, 2017**

**NO. 12-17-00335-CR**

**TODD ALLEY,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeal from the 114th District Court

of Smith County, Texas (Tr.Ct.No. 114-1204-17)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed for want of jurisdiction**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**DECEMBER 6, 2017**

**NO. 12-17-00336-CR**

**TODD ALLEY,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeal from the 114th District Court
of Smith County, Texas (Tr.Ct.No. 114-1205-17)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed for want of jurisdiction**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*